PEOPLE'S BANK *v.* SEVERINA PANDORA ET AL.
(11989)

O'CONNELL, FOTI and SCHALLER, Js.

Argued October 1—decision released October 26, 1993

*Laurence V. Parnoff,* with whom, on the brief, was *Kathryn L. Braun,* for the appellants (defendants).

*Thomas V. Battaglia, Jr.,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.